IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02494-CMA-MEH

LISA MURPHY,

    Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, and
ANTHONY GARWOOD, individually and in the course and scope of his employment with Geico,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 12, 2016.**

    Plaintiff's Motion to Amend Complaint [filed January 11, 2016; docket #20] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1(c). While Plaintiff's counsel indicated conferral with opposing counsel regarding the Motion and noted that Defendant "requested that the Plaintiff file an Amended Complaint," the Motion does not indicate whether the Motion as presented to the Court is in fact opposed or unopposed, as it must.