IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02494-CMA-MEH

LISA MURPHY,

      Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, and
ANTHONY GARWOOD, individually and in the course and scope of his employment with Geico,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 14, 2016.**

      Plaintiff's Amended Motion to Amend Complaint [filed January 13, 2016; docket #24] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 15.1(a).  While Plaintiff's counsel now has corrected the lack of conferral, the Motion fails to provide the following, as required by the rule:

> A party who files an amended pleading . . . with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through (e.g., ~~strikes through~~) the text to be deleted and underlines (e.g. <u>underlines</u>) the text to be added.