IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02494-CMA-MEH

LISA MURPHY,

    Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, and
ANTHONY GARWOOD, individually and in the course and scope of his employment with Geico,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 19, 2016.**

    In the interest of justice, Plaintiff's [Unopposed] Second Amended Motion to Amend Complaint [filed January 18, 2016; docket #30] is **granted**.  The Court accepts as filed the Amended Complaint (docket #29), and the Plaintiff shall serve the pleading upon the Defendants pursuant to Fed. R. Civ. P. 4 and all other applicable rules.