**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-02494-CMA-MEH

LISA MURPHY,

      Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY, d/b/a GEICO, and
ANTHONY GARWOOD II, individually and in the course of the scope of his
employment;

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance the Joint Stipulation of Dismissal With Prejudice

(Doc. # 39), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

its own attorney fees and costs.

DATED:  February 26, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge